JAMS
600 University Street
Suite 1910
Seattle, WA  98101-4115
(206) 622-5267

Hon. Thomas S. Zilly

11-CV-02015-EXH

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Election Systems & Software, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>King County,<br><br>  Defendant. | JAMS Ref No. 1160018666<br>Cause No. CV-02015 TSZ<br>NOTICE OF OCCURRENCE<br>OF ALTERNATIVE DISPUTE<br>RESOLUTION |

Pursuant to CR 39.1(c)(6) notice is hereby given that on March 12, 2012 the parties participated in a mediation. The case is now resolved.

DATED this 20 day of March, 2012.

_____
Judge Terry Lukens (Ret.)
Mediator

____ FILED
____ LODGED         MAIL
____ RECEIVED

MAR 22 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY