UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELECTION SYSTEMS & SOFTWARE, LLC, a Delaware limited liability company, as successor in interest to PREMIER ELECTION SOLUTIONS, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY, WASHINGTON, a political subdivision of the State of Washington,<br><br>Defendant. | C11-2015Z<br><br>ORDER |

The mediator, Judge Terry Lukens (Ret.), having advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs.

In the event settlement is not perfected, either party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of this date.

ORDER - 1

A copy of the mediator's notice shall be filed as an attachment to this Order. The Clerk is directed to send a copy of this Order, along with the attachment, to all counsel of record.

IT IS SO ORDERED.

DATED this 23rd day of March, 2012.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

ORDER - 2